**MATTHEW FREDBACK**
BLAINE COUNTY PROSECUTING ATTORNEY

TIMOTHY K. GRAVES
Chief Deputy Prosecuting Attorney
219 1st Avenue South, Suite 201
Hailey, ID  833333
Telephone: (208) 788-5545
Facsimile: (208) 788-5554
Idaho State Bar No. 5556
Email: blainecountyprosecutor@co.blaine.id.us

*Attorney for Blaine County Prosecuting Attorney Matthew Fredback*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as the Attorney General for the State of Idaho, et al.,<br><br>Defendants. | Case No. 1:24-cv-335-REP<br><br>**MEMORANDUM IN SUPPORT OF THE BLAINE COUNTY PROSECUTING ATTORNEY'S MOTION TO DISMISS** |

The Blaine County Prosecuting Attorney, Matthew Fredback (hereinafter the Blaine County Prosecuting Attorney), hereby submits its Memorandum in support of his Motion to Dismiss the above-captioned matter as it pertains to him. The Blaine County Prosecuting Attorney joins in the reasoning and argument submitted by Ada County Prosecuting Attorney Jan Bennetts (hereinafter Prosecutor Bennetts) in her Memorandum in Support of her Motion to Dismiss.

MEMORANDUM IN SUPPORT OF THE BLAINE COUNTY PROSECUTING ATTORNEY'S
MOTION TO DISMISS– PAGE 1

As is the case with Prosecutor Bennetts, the Plaintiffs' Complaint lacks any allegation indicating that the Blaine County Prosecuting Attorney has done anything that would create an imminent threat of enforcement of Idaho Code Section 18-1517B involving any of the named Plaintiffs. In fact, the Complaint only mentions the Blaine County Prosecuting Attorney in two places: the caption and in paragraph 52, which merely identifies him as the Blaine County Prosecuting Attorney and as a Defendant in this case. As expressed in Prosecutor Bennetts' Memorandum in Support of her Motion to Dismiss, such assertions are insufficient to confer standing upon the Plaintiffs to bring this action against the Blaine County Prosecuting Attorney.

In the absence of any specific allegation related to the Blaine County Prosecuting Attorney's conduct, it is unclear why the Plaintiffs have chosen to bring suit against the Blaine County Prosecuting Attorney. While it is true that Idaho Code Section 18-1517B(5) authorizes the Blaine County Prosecuting Attorney to bring an enforcement action against the Plaintiffs, that same authority is bestowed upon all 44 County Prosecuting Attorneys and the Attorney General, any of whom could bring an action under that statute.[1] More glaring is the authorization given to minors, parents, and legal guardians, to pursue enforcement actions against the Plaintiffs. *See* I.C. § 18-1517B(3), (4), and (5).[2] In fact, Plaintiffs go to great lengths to document the "unfounded accusations" made by these potential enforcing parties as creating a "substantial threat of enforcement". However, none of these "unfounded accusations", allegedly made by an "elected official", a "party official", a "county sheriff", a "religious advocacy group", and "groups" in

---

[1] Idaho Code Section 18-1517B(5) appears to lack any jurisdictional limitation that would prohibit a "county prosecuting attorney" from filing an enforcement action in another county.
[2] Under Idaho Code Section 18-1517B, minors, parents, and legal guardians are given far more enforcement authority than local County Prosecutors, as, in addition to seeking injunctive relief, they can also recover statutory damages, actual damages, and any other relief available by law.

MEMORANDUM IN SUPPORT OF THE BLAINE COUNTY PROSECUTING ATTORNEY'S MOTION TO DISMISS– PAGE 2

northern Idaho, involve or even implicate the Blaine County Prosecuting Attorney, who has been unfairly singled out in this litigation. *See* Dkt. 1, ¶¶ 150-164.

Absent allegations detailing an imminent injury in fact caused by some conduct from the Blaine County Prosecuting Attorney, the Plaintiffs' Complaint must be dismissed as it applies to the Blaine County Prosecuting Attorney due to Plaintiffs' lack of standing.

## I.   CONCLUSION

Plaintiffs' Complaint should be dismissed as to the Blaine County Prosecuting Attorney.

DATED this 12th day of August, 2024.

                              **MATTHEW FREDBACK**
                              Blaine County Prosecuting Attorney

      By: _____
               Timothy K. Graves
               Chief Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12 day of August, 2024, I served a true and correct copy of the foregoing *Memorandum in Support of THE BLAINE County Prosecuting Attorney's Motion to Dismiss* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Carey R. Dunne
Kevin M. Trowel
Martha Reiser
FREE AND FAIR LITIGATION GROUP
carey@freeandfair.com
kevin@freeandfair.com
martha@freeandfair.com

Wendy Olsen
Nicole C. Hancock
STOEL RIVES LLP
wendy.olsen@stoel.com
Nicole.hancock@stoel.com

Hayley C. Steele
Lesley Frieder Wolf
David L. Axelrod
BALLARD SPAHR LLP
steelehc@ballardspahr.com
wolfl@ballardspahr.com

Aaron Michael Green
James Edward Monroe Craig
OFFICE OF THE ATTORNEY GENERAL
aaron.green@ag.id.gov
james.craig@ag.id.gov

Dayton P. Reed
Ada County Deputy Prosecuting Attorney
Civil Division
civilpafiles@adacounty.id.us

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

N/A

By: _____
Legal Assistant

MEMORANDUM IN SUPPORT OF THE BLAINE COUNTY PROSECUTING ATTORNEY'S MOTION TO DISMISS– PAGE 4