UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS; SUN VALLEY COMMUNITY SCHOOL, INC.; FOOTHILLS SCHOOL OF ARTS AND SCIENCES, INC.; THE COMMUNITY LIBRARY ASSOCIATION, INC.; COLLISTER UNITED METHODIST CHURCH, INC.; MARY HOLLIS ZIMMER; MATTHEW PODOLSKY; JEREMY WALLACE on behalf of his minor child, A.W.; and CHRISTINA LEIDECKER on behalf of herself and her minor child, S.L., <br><br> Plaintiffs, <br><br> v. <br><br> RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho; JAN BENNETTS, in her capacity as Prosecuting Attorney for Ada County, Idaho; and MATT FREDBACK, in his capacity as Prosecuting Attorney for Blaine County, Idaho, <br><br> Defendants. | Case No. 24-cv-00335-AKB <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Pending before the Court is Plaintiffs' Motion for Leave to File an Overlength Brief in Opposition to Defendants' Motions to Dismiss and in Further Support of Plaintiffs' Motion for a Preliminary Injunction (Dkt. 34).

The Court, having reviewed Plaintiffs' motion and record in this matter, and finding good cause shown, hereby orders that Plaintiffs' motion is GRANTED and they may file a brief in

2

support of their opposition to Defendants' motions to dismiss and in further support of Plaintiffs' motion for a preliminary injunction, not to exceed forty pages.

DATED: August 22, 2024

Amanda K. Brailsford
U.S. District Court Judge