WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
NICOLE C. HANCOCK, Bar No. 6899
nicole.hancock@stoel.com
STOEL RIVES LLC
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000

LATONIA HANEY KEITH, Bar No. 9721
lhaney@post.harvard.edu
MCKAY CUNNINGHAM, Bar No. 10178
cunninghammckay@gmail.com
877 W. Main Street, Suite 503
Boise, ID 83702
Telephone: (512) 983-8000

HAYLEY STEELE (pro hac vice)
steelehc@ballardspahr.com
BALLARD SPAHR LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211

CAREY R. DUNNE (pro hac vice)
carey@freeandfair.org
KEVIN TROWEL (pro hac vice)
kevin@freeandfair.org
MARTHA REISER (pro hac vice)
martha@freeandfair.org
FREE & FAIR LITIGATION GROUP
266 West 37th Street, 20th Floor
New York, NY 10018
Telephone: (646) 434-8604

DAVID L. AXELROD (pro hac vice)
axelrodd@ballardspahr.com
LESLEY F. WOLF (pro hac vice)
wolfl@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS, SUN VALLEY COMMUNITY SCHOOL, INC., FOOTHILLS SCHOOL OF ARTS AND SCIENCES, INC., THE COMMUNITY LIBRARY ASSOCIATION, INC., COLLISTER UNITED METHODIST CHURCH, INC., MARY HOLLIS ZIMMER, MATTHEW PODOLSKY, JEREMY WALLACE on behalf of his minor child, A.W., and CHRISTINA LEIDECKER on behalf of herself and her minor child, S.L.,<br><br>     Plaintiffs,<br><br>     v. | Case No. 24-cv-00335-AKB<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PARTIES' DEADLINE TO FILE THEIR LITIGATION AND DISCOVERY PLAN** |

128555735.1 0099880-01552

RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho, JAN BENNETTS, in her capacity as Prosecuting Attorney for Ada County, Idaho, and MATT FREDBACK, in his capacity as Prosecuting Attorney for Blaine County, Idaho,

Defendants.

Plaintiffs respectfully request that the Court extend the April 14, 2025 deadline by which the parties' must file their litigation and discovery plan by one week, to April 21, 2025. Plaintiffs also request that the Court reset the scheduling conference currently scheduled for April 21, 2025 by at least one week, to a date convenient for the Court on or after April 28, 2025. The parties have met and conferred regarding Plaintiffs' request, and Defendants do not oppose and do consent to the request.

Good cause exists to extend these deadlines. Plaintiffs are considering an appeal from the Court's denial of their motion for a preliminary injunction, and their notice of appeal is due on or before April 17, 2025.  In the event Plaintiffs appeal, Defendants have indicated they will consent to a motion to stay proceedings before this Court pending resolution of Plaintiffs' interlocutory appeal.  Given this understanding, the parties submit that extending the deadlines as requested herein will promote efficiency and conserve judicial resources.

PLAINTIFFS'  UNOPPOSED MOTION TO EXTEND THE PARTIES' DEADLINE TO FILE THEIR LITIGATION AND DISCOVERY PLAN - 2

DATED:  April 10, 2024

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Nicole C. Hancock

/s/ Latonia Haney Keith
Latonia Haney Keith

/s/ McKay Cunningham
McKay Cunningham

FREE + FAIR LITIGATION GROUP

/s/ Carey Dunne
Carey R. Dunne
Kevin Trowel
Martha Reiser

BALLARD SPAHR LLP

/s/ David L Axelrod
David L. Axelrod
Lesley F. Wolf
Hayley Steele


*Attorneys for Plaintiffs*


PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PARTIES' DEADLINE TO FILE
THEIR LITIGATION AND DISCOVERY PLAN - 3

128555735.1 0099880-01552