

Office of the Clerk

**United States Court of Appeals for the Ninth Circuit**

Post Office Box 193939

San Francisco, California 94119-3939

415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 25-2491 |
| Originating Case Number: | 1:24-cv-00335-AKB |
| | |
| Case Title: | Northwest Association of Independent Schools, et al. v. Labrador, et al. |

**Tuesday, April 22, 2025**

| | |
|---|---|
| Northwest Association of Independent Schools | Mediation Questionnaire due |
| Sun Valley Community School, Inc. | Mediation Questionnaire due |
| Foothills School of Arts and Sciences, Inc. | Mediation Questionnaire due |

**Thursday, May 15, 2025**

| | |
|---|---|
| Northwest Association of Independent Schools | Preliminary Injunction Opening Brief Due |
| Sun Valley Community School, Inc. | Preliminary Injunction Opening Brief Due |
| Foothills School of Arts and Sciences, Inc. | Preliminary Injunction Opening Brief Due |

**Thursday, June 12, 2025**

| | |
|---|---|
| Raul Labrador | Preliminary Injunction Answering Brief Due |
| Jan Bennetts | Preliminary Injunction Answering Brief Due |
| Matt Fredback | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**