UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS; SUN VALLEY COMMUNITY SCHOOL, INC.; FOOTHILLS SCHOOL OF ARTS AND SCIENCES, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General for the State of Idaho; JAN BENNETTS, in her capacity as Prosecuting Attorney for Ada County, Idaho; MATT FREDBACK, in his capacity as Prosecuting Attorney for Blaine County, Idaho,<br><br>　　　　Defendants. | Case No. 1:24-cv-00335-AKB<br><br>**ORDER LIFTING STAY** |

　　　　On April 22, 2025, the Court entered an Order staying all proceedings in this case until the Ninth Circuit issued a decision that materially affected this case (Dkt. 53). On January 29, 2026, the Ninth Circuit handed down *Northwest Association of Independent Schools v. Labrador*, No. 25-2491, 2026 WL 234900 (9th Cir. Jan. 29, 2026), holding that Plaintiffs have shown a likelihood of success on the merits of their overbreadth theory related to H.B. 710's context clause, which requires courts and other reviewers of allegedly offending content to consider whether the work "possesses serious literary, artistic, political, or scientific value for minors" "*in context in which it is used*." (emphasis added). Accordingly, the Ninth Circuit reversed the Court's denial of Plaintiffs' motion for preliminary injunction and remanded for the consideration of the scope of a limited preliminary injunction. *Id.* at *14.

**ORDER LIFTING STAY – 1**

Based upon the Ninth Circuit's decision, the Court hereby orders as follows:

**IT IS HEREBY ORDERED** that the previously issued stay entered by this Court is hereby **LIFTED**, and this matter is placed back on the Court's active docket.

**IT IS FURTHER ORDERED** that the parties shall submit supplemental briefing on the appropriate scope of a narrow preliminary injunction as it relates to the context clause according to the following schedule:

1. Plaintiffs shall file a supplemental brief within **twenty-one (21) days** of the issuance of this Order, not to exceed twenty (20) pages.

2. Defendants shall file a response within **fourteen (14) days**, not to exceed twenty (20) pages.

3. Plaintiffs may file a reply, if they so choose, within **seven (7) days**, not to exceed ten (10) pages.

DATED: February 02, 2026

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge