UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS; et al.,<br><br>    Plaintiffs - Appellants,<br><br>and<br><br>COMMUNITY LIBRARY ASSOCIATION, INC.; et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General for the State of Idaho; et al.,<br><br>    Defendants - Appellees. | No. 25-2491<br><br>D.C. No. 1:24-cv-00335-AKB<br><br>District of Idaho, Boise<br><br>MANDATE |

The judgment of this Court, entered January 29, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT