UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS, SUN VALLEY COMMUNITY SCHOOL, INC., FOOTHILLS SCHOOL OF ARTS AND SCIENCES, INC., THE COMMUNITY LIBRARY ASSOCIATION, INC., COLLISTER UNITED METHODIST CHURCH, INC., MARY HOLLIS ZIMMER, MATTHEW PODOLSKY, JEREMY WALLACE on behalf of his minor child, A.W., and CHRISTINA LEIDECKER on behalf of herself and her minor child, S.L., <br><br> Plaintiffs, <br><br> v. <br><br> RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho, JAN BENNETTS, in her capacity as Prosecuting Attorney for Ada County, Idaho, and MATT FREDBACK, in his capacity as Prosecuting Attorney for Blaine County, Idaho, <br><br> Defendants. | Case No. 24-cv-00335-AKB <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Northwest Association of Independent Schools, Sun Valley Community School, Inc., and Foothills School of Arts and Sciences, Inc., and Defendants Raúl Labrador, in his capacity as the Attorney General for the State of Idaho, Jan Bennetts, in her capacity as Prosecuting Attorney for Ada County, Idaho, and Matt Fredback, in his capacity as Prosecuting Attorney for Blaine County, Idaho, through their respective counsel HEREBY STIPULATE AS FOLLOWS:

1. Plaintiffs' claims against Defendants are hereby voluntarily dismissed without prejudice.

2. All Parties agree to bear their own attorneys' fees and costs.

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.**    1

DATED:  April 22, 2026

For Plaintiffs:

STOEL RIVES LLP
/s/ Wendy J. Olson
Wendy J. Olson
Nicole C. Hancock

/s/ Latonia Haney Keith
Latonia Haney Keith

/s/ McKay Cunningham
McKay Cunningham


FREE + FAIR LITIGATION GROUP
/s/ Carey Dunne
Carey R. Dunne
Mónica Folch
Kevin Trowel
Zack Goldberg
Martha Reiser

BALLARD SPAHR LLP
/s/ David L Axelrod
David L. Axelrod
Lesley F. Wolf
Hayley Steele

*Attorneys for Plaintiffs*

For Defendants:

JAN M. BENNETTS
Ada County Prosecuting Attorney
/s/ Dayton P. Reed
Dayton P. Reed
Deputy Prosecuting Attorney

BLAINE COUNTY PROSECUTOR
/s/ Matthew E. Fredback
Matthew E. Fredback

OFFICE OF THE ATTORNEY GENERAL
/s/ Aaron M. Green
Aaron M. Green

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**.          2

152753472.1 0099880-01552