UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS; SUN VALLEY COMMUNITY SCHOOL, INC.; FOOTHILLS SCHOOL OF ARTS AND SCIENCES, INC.; THE COMMUNITY LIBRARY ASSOCIATION, INC.; COLLISTER UNITED METHODIST CHURCH, INC.; MARY HOLLIS ZIMMER; MATTHEW PODOLSKY; JEREMY WALLACE, on behalf of his minor child, A.W.; CHRISTINA LEIDECKER, on behalf of herself and her minor child, S.L., | Case No. 1:24-cv-00335-AKB (lead case) |
| Plaintiffs, | **ORDER GRANTING STIPULATED BRIEFING SCHEDULE** |
| v. | |
| RAUL LABRADOR, in his capacity as the Attorney General for the State of Idaho; JAN BENNETTS, in her capacity as Prosecuting Attorney for Ada County, Idaho; MATT FREDBACK, in his capacity as Prosecuting Attorney for Blaine County, Idaho, | |
| Defendants. | |
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC; THE AUTHORS GUILD; MALINDA LO; DAVID LEVITHAN; DASHKA SLATER; THE DONNELLY PUBLIC LIBRARY DISTRICT; CHRISTIE NICHOLS; OLIVIA LANZARA; J.E., by and through his mother and next friend Barbara Ersland; BARBARA ERSLAND; and MELISA CULL, | Case No. 1:25-cv-00061-AKB (consolidated case) |

**ORDER GRANTING STIPULATION – 1**

Plaintiffs,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN BENNETTS, in her official capacity as Ada County Prosecuting Attorney; JUSTIN COLEMAN, in his official capacity as Nez Perce County Prosecuting Attorney; BRIAN OAKEY, in his official capacity as Valley County Prosecuting Attorney; JOHN OR JANE DOE; and THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES, a department of the CITY OF EAGLE,

Defendants.

Pending before the Court is the parties' Stipulated Briefing Schedule for Preliminary Injunction and Defendants' Motion to Dismiss (Dkt. 75). Based upon the unopposed motion, and for good cause appearing, the Court hereby **GRANTS** the motion.

**IT IS HEREBY ORDERED** that the parties' Stipulated Briefing Schedule for Preliminary Injunction and Defendants' Motion to Dismiss (Dkt. 75) is **GRANTED**. Plaintiffs may file their renewed motion for a preliminary injunction on or before **May 11, 2026**. Defendants may file their response on or before **June 30, 2026**. Plaintiffs may file their reply, if any, on or before **July 15, 2026**.

**IT IS FURTHER ORDERED** that Plaintiffs may file their response to the Attorney General's Motion to Dismiss (Dkt. 67) and Valley County's Motion to Dismiss (Dkt. 70) on or before **May 29, 2026**. Defendants may file their reply, if any, on or before **June 30, 2026**.

DATED: May 07, 2026

*Amanda K. Brailsford*
**Amanda K. Brailsford**
U.S. District Court Judge

ORDER GRANTING STIPULATION – 2