Deborah A. Ferguson, Bar No. 5333
Craig Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL
FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

Kelly L. McNamee (*pro hac vice* pending)
Christina N. Hernsdorf (*pro hac vice* pending)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0400
Fax: (212) 812-0399
KMcNamee@FoleyHoag.com
CHernsdorf@FoleyHoag.com

*Attorneys for Penguin Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS,** *et al.*,<br>Plaintiffs,<br>v.<br>**RAÚL LABRADOR,** in his official capacity as the Attorney General of the State of Idaho, *et al.*,<br>Defendants. | Lead Case No. 1:24-cv-00335-AKB (Consolidated Action)<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| **PENGUIN RANDOM HOUSE LLC**, *et al.*,<br>Plaintiffs,<br>v.<br>**RAÚL LABRADOR**, in his official capacity as the Attorney General of the State of Idaho, *et al.*,<br>Defendants. | Case No. 1:25-cv-00061-AKB (Member Case) |

Pursuant to Federal Rule of Civil Procedure 65 and this Court's April 1, 2026, Consolidation Order (Consolidated Doc. 78), Plaintiffs Penguin Random House LLC, Hachette Book Group, Inc., HarperCollins Publishers LLC, Macmillan Publishing Group, LLC, Simon & Schuster, LLC, Sourcebooks LLC, The Authors Guild, Malinda Lo ("Lo"), David Levithan ("Levithan"), Dashka Slater ("Slater"), The Donnelly Public Library District (the "Donnelly Library"), Christie Nichols ("Nichols"), Olivia Lanzara ("Lanzara"), J.E. by and through his mother and next friend Barbara Ersland, Barbara Ersland, and Melisa Cull ("Cull"), by and through their undersigned attorneys, hereby move for this Court to issue a preliminary injunction against Defendants Raúl Labrador in his official capacity as Attorney General of the State of Idaho, Jan Bennetts in her official capacity as Ada County Prosecuting Attorney, Justin Coleman in his official capacity as Nez Perce County Prosecuting Attorney, Brian Oakey in his official capacity as Valley County Prosecuting Attorney, John or Jane Doe, and The Eagle Public Library Board of Trustees, a department of the City Of Eagle.

Plaintiffs file the attached memorandum of law in support of this motion for a preliminary injunction, as well as the declarations of Plaintiffs Lo, Levithan, Slater, the Donnelly Library's librarian Sherry Scheline, Nichols, Lanzara, J.E., and Cull.  For the reasons elaborated in the attached memorandum of law and supported by Plaintiffs' declarations, Plaintiffs respectfully request that this Court grant their motion for a preliminary injunction to enjoin enforcement of Idaho's House Bill 710, codified at Idaho Code § 18-1514 and Idaho Code § 18-1517B.

2

Dated: May 11, 2026                    Respectfully submitted,


By: /s/Deborah A. Ferguson

    Deborah A. Ferguson
    Craig Durham
    FERGUSON DURHAM, PLLC

    Michael J. Grygiel
    Daniela del Rosario Wertheimer
    CORNELL LAW SCHOOL FIRST
    AMENDMENT CLINIC

    Kelly L. McNamee
    Christina N. Hernsdorf
    FOLEY HOAG LLP

    *Attorneys for Plaintiffs*