Deborah A. Ferguson, Bar No. 5333
Craig Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL
FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

Kelly L. McNamee (*pro hac vice* pending)
Christina N. Hernsdorf (*pro hac vice* pending)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0400
Fax: (212) 812-0399
KMcNamee@FoleyHoag.com
CHernsdorf@FoleyHoag.com

*Attorneys for Penguin Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS,** *et al.*, <br> Plaintiffs, <br> v. <br> **RAÚL LABRADOR,** in his official capacity as the Attorney General of the State of Idaho, *et al.*, <br> Defendants. | Lead Case No. 1:24-cv-00335-AKB (Consolidated Action) |
| **PENGUIN RANDOM HOUSE LLC**, *et al.,* <br> Plaintiffs, <br> v. <br> **RAÚL LABRADOR**, in his official capacity as the Attorney General of the State of Idaho, *et al.*, <br> Defendants. | **DECLARATION OF DASHKA SLATER** <br><br> Case No. 1:25-cv-00061-AKB (Member Case) |

I, Dashka Slater, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.      I live in Oakland, California.

2.      My legal name is Deirdre Slater, but I use the penname Dashka Slater.

3.      I am an author of adult fiction, young adult fiction, and children's literature.  I have authored 18 fiction and nonfiction books for children and teenagers.

4.      I have written two books for teenagers. My nonfiction true-crime book *The 57 Bus: A True Story of Two Teenagers and the Crime That Changed Their Lives* won the American Library Association's (ALA) Stonewall Book Award, the *Boston Globe*-Horn Book Honor Book Award for Nonfiction, the California Library Association's Beatty Award, the California Book Award Gold Medal, the Green Mountain Book Award, and the Nerdy Book Club Award for Long Form Nonfiction.  It was a finalist for ALA's Young Adult Library Services Association's (YALSA) Excellence for Nonfiction Award and the *Los Angeles Times* Book Award.  It was nominated for the Grand Canyon Reader Award, the North Carolina Young Adult Book Award, the Rhode Island Teen Book Award, and the Oklahoma Library Association's Sequoyah Book Award.  It was named on the Pennsylvania Young Reader's Choice Awards Program Master List, the Florida Teen Reads list, and was chosen as a Project Lit Book Club Selection.  It was also named a *Washington Post* Best Children's Book of the Year, a *School Library Journal* Best Book of the Year, a *Kirkus* Best Teen Nonfiction Book, a *Shelf Awareness* Best Children's & Teen Book, a *Children's Book Review* Best Young Adult Book, a Bank Street Best Children's Book of the Year, a Bustle Best True Crime Book, a Northern California Independent Booksellers Best Young Adult Book, an International Literacy Association Notable Book for a Global Society, a Capitol Choices Noteworthy Book for Children & Teens, and a NCSS-CBC Notable Social Science Trade

Book for Young People. It has been recognized by libraries nation-wide – it was named a New York Public Library Notable Book for Teens, a Denver Public Library Best & Brightest Teen Book, a Chicago Public Library Best of the Best Teen Book, and a Junior Library Guild Selection. It has featured on many best-of lists – it was named a TAYSAs Top Ten Book, an ALA Rainbow Reads Top Ten Book, and a YALSA Quick Pick for Reluctant Readers Book. In 2021, it was named to *Time* magazine's list of "One Hundred Best YA Books of All Time." In 2025, it was named to Kirkus Reviews' list of "Best Books of the Century (So Far)."

5.    I have authored 16 books for children. My book *Escargot* won the Wanda Gág Read Aloud Book Award and was a finalist for the E.B. White Read-Aloud Award and the Cybils Award. It was also named a Florida Sunshine State Young Readers Award Jr. Pick, an Indie Next Top Ten Pick, an American Booksellers Association ABC Best Book for Young Readers, an Amazon Best Picture Book Ages 3-5, a *BookPage* Best Children's Book, and a Motherly Best Picture Book. My book *Wild Blue: Taming a Big-Kid Bike* was named a Chicago Public Library Best Book of the Year and a Cooperative Children's Book Center Choices Book. My book *The Antlered Ship* was named a *Kirkus* Best Children's Book of the Year, a Junior Library Guild Selection, a Chicago Public Library Best Picture Book of the Year, an IndieNext Pick, and a Northern California Independent Booksellers Association 2018 Picture Book of the Year. It won the Nerdy Book Club Award for Fiction Picture Books and was shortlisted for the Gelett Burgess Children's Book Award. It was chosen as a "Great Words, Great Works" title by the Scripps National Spelling Bee and named to the Evanston Library's 2017 List of 101 Best Books for children. It received starred reviews from *Booklist*, *Publisher's Weekly*, *Kirkus*, and *Quill & Quire*. My book *Dangerously Ever After* was a Cybil Award Nominee and a Northern California Independent Booksellers Book of the Year finalist, and was named a Surrey Picture Book of the

2

Year.  My book *The Sea Serpent and Me* was a Cybil Award Finalist and a Chickadee Award Nominee.  It was a Junior Library Guild Selection and named to the Librarians' Choices List of Best Children's and YA Books.  My upcoming book, *The Wild Season,* is written for readers between the ages of nine and 12.

6.    I am also a journalist.  I write for various publications about the criminal justice system, the environment, poverty, healthcare, education, young people, social media, and online hate.

7.    My goal as an author and journalist is to tell an engaging story, inform readers about subjects that might be new to them, and invite readers to think critically about what they have learned.  I think about readers who are like my characters as well as readers who are utterly unlike them, those who might be learning about another person's experience for the first time.  I love when young people write to me saying that my book was the first they had ever read in which some aspect of their own experience or identity was reflected.  I also love when a young person writes to say that they gained empathy for, or information about, an experience or identity that was entirely new to them.  My favorite thing is when young people bring my books to a parent or grandparent as a way of starting a conversation about a subject that is important to them.

8.    I tell middle and high school students that I write for them because we are about to hand them keys to our democracy — I want to ensure they know how to drive it.  To be active and informed citizens, they need to engage with deep and complicated questions, as well as consider the experiences and perspectives of many kinds of people.  That is the true meaning of *e pluribus unum*; we must understand each other if we are to protect each other's rights and freedoms and work together to solve problems.  I have heard from teachers that some of the most meaningful

3

conversations they have had in classrooms have been inspired by my books. That is evidence that I am fulfilling my purpose and performing my duty to the leaders of tomorrow.

9.      My book *The 57 Bus* is a journalistic account of a real-life incident involving two teenagers, with vastly different upbringings and backgrounds, whose worlds collide on the 57 bus in Oakland, California. Sasha is an 18-year-old agender white teenager with autism who attends Maybeck, a private high school. Sasha wears a skirt every day to add femininity to their otherwise masculine clothes and has a supportive group of friends. Sasha is happy and is obsessed with languages, Russian, and bus transit. Richard is a 16-year-old Black teenager who attends Oakland High, a public school. He comes from the "flatlands of East Oakland" and lives with his mom, stepdad, little brother, and two cousins. Richard spent the previous year in a home for boys after getting arrested for fighting and has bad grades. His friend has recently been murdered and he voluntarily enters a program for underperforming students. Richard is goofy, and sometimes his jokes go too far, but he also has a comforting side that his friends find calming.

10.     Sasha falls asleep on the bus home after a long day at school. Richard and his cousin Lloyd take that bus home after school and run into their friend Jamal, who gives Richard a lighter. Seeing Sasha asleep in the backseat with a copy of *Anna Karenina*, Richard lights their skirt on fire, intending for the fabric to smoke and smolder as a joke. Sasha wakes up screaming and is rushed to the hospital. They are badly burned and require several surgeries. Richard is arrested at school the next day. He tries cooperating and gives a statement without his lawyer or mother present. He is charged as an adult with multiple felonies, including hate-crime enhancements.

11.     The incident goes viral. Richard is globally perceived as a homophobe and portrayed as a hardened criminal by the media due to the color of his skin. In juvie, Richard writes

4

two letters Sasha apologizing for the incident. His lawyer withholds his letters, believing them to be an "admission of guilt." His trial drags for a year, as it is unclear if he acted out of prejudice, if he meant to really harm Sasha, or if he was following the lead of his older peers. Richard's lawyer gives Sasha and their family his letters a year after the incident. Believing Richard feels genuine remorse, Sasha and their family advocate for leniency. Karl, Sasha's father, gives a statement at one of Richard's sentencing hearings forgiving him and requesting that he be tried as a juvenile.

12.     As Sasha heals, their community responds with love and support. They get accepted to MIT, their dream school. By the time Richard is sentenced, Sasha has moved on; they find a home in an "anti-fraternity" and are studying to pursue a career in transit. Richard is tried as an adult and is sentenced to five years in a juvenile facility. He earns his high school diploma, obtains vocational training, and works for a non-profit. As the book ends, he still has two years to go in his sentence and is due to be released before his 21st birthday.

13.     In *The 57 Bus*, I explore themes of gender, sexuality, discrimination, accountability, redemption, and forgiveness. By writing about how real people live their lives, I highlight the difference between sexuality and gender. Sasha is targeted because Richard "doesn't like gay people" – he assumed that Sasha is gay. In fact, Sasha is agender; they feel neither masculine nor feminine – this does not impact or affect their sexuality, i.e., who they are attracted to. Sasha's friend Andrew is assigned female and birth. He grows up and realized he knew he "wasn't a girl," transitioning to living his life as a transgender man. As he is still attracted to men, he identifies as a gay trans man. I aim to highlight the diversity on this spectrum to implicitly advocate for nuanced and empathetic consideration of these differences. I also highlight various forms of discrimination. Many characters in the book are discriminated against. For example, Andrew is trans "on the

5

down low" due to fear of discrimination. Karl is beaten by two unknown men while jogging because he is mistakenly identified as gay. Debbie, Sasha's mother, recounts being sent home from school for violating the dress code because her skirt was deemed too long. After Richard is arrested, he is immediately charged as an adult, partially due to his race. As stated in the book, cases against Black young people are more than twice as likely to be directly filed in adult court than cases against white young people. While Richard is awaiting trial, a group of young white college students make national headlines for bullying a Black student. They call him "three-fifths," hang a Confederate flag in their dorm, and write the N-word on the walls. They "clamp a bike lock around his neck" and confine him to his room. They are charged with only misdemeanor battery and hate crimes, not felonies, like Richard.

14.    I highlight the importance of accountability in tandem with redemption and forgiveness. Richard is punished to the fullest extent of the law. When he displays remorse and takes responsibility, Sasha and their family's become more concerned with forgiveness. They don't believe that prison is the right environment for an underage boy to achieve redemption and forgiveness, crucial components of rehabilitation. In his letters to Sasha, he begs for forgiveness – by withholding his letters, Richard's lawyer withholds Richard's redemption and Sasha's acceptance and closure. Richard's mother Jasmine wants to apologize to Debbie; when they finally meet, they embrace tearfully. I explain the concept of restorative justice – both families are reasonable candidates to talk about the incident and make a plan to repair the harm. The district attorney refuses to entertain restorative justice. Despite all evidence to the contrary, the justice system is more obsessed with punishment than harnessing Richard's remorse and Sasha's forgiveness to mold Richard into an empathetic and productive member of society.

15.    School and public librarians frequently tell me that my books *The 57 Bus* and *Accountable* are among the most checked out nonfiction books in their collection.

16.    When a school board in Tennessee voted to remove *The 57 Bus* from its library, a teacher testified that the book was one of their students' favorites and that it felt as if the school board was harming its own students by limiting the experiences and learning opportunities available to the students.

17.    Despite efforts to suppress and censor my work, libraries continue to stock *The 57 Bus*, recognizing its artistic and scholastic value.

18.    Censorship obstructs the circulation of the books of today and the existence of the books of tomorrow.  I write to inspire conversations—I have no other agenda, no other goal.

19.    To me, writing is about the free exchange of ideas, opinions, and information.  If that freedom is suppressed, my entire purpose is lost.

20.    Literature requires both writers and readers.  Readers can only flourish when books are available to them that capture their attention and imagination.  Reading for pleasure or for information is a habit that must be developed early, particularly with the wealth of other distractions available.  My profession will die out if we don't keep developing new generations of curious readers able to intellectually engage with new ideas.

21.    My career is my passion, but it is also my living.  HB 710 has hampered my ability to sell my books to public schools and libraries in Idaho, books that I have always intended to reach young readers.

22.    HB 710 also prevents me from reaching my core audience.  Many of my readers are young adults, and many of them find my books through librarians.

23.    When those professionals are prohibited from sharing my work, I have limited ability to reach my audience.  Children and teenagers generally don't have the ability to pay for books on their own, or any idea where to get book recommendations and suggestions tailored to their interests and capacity.  They rely on public or school libraries as their point of access.

24.    Over the past nearly two years since HB 710 went into effect, my ability to sell books and reach young readers has declined.  My latest royalty statement shows a sharp decline in sales of *The 57 Bus*, which previously had remained steady for almost a decade.

25.    HB 710 prevents me from communicating my viewpoint with young adults who attend schools or visit libraries in Idaho that have removed my books.  HB 710 therefore violates my First Amendment rights.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief.

Dated:  May 10, 2026                                             /s/ Dashka Slater
           Oakland, CA                                              Dashka Slater