Deborah A. Ferguson, Bar No. 5333
Craig Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL
FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

Kelly L. McNamee (*pro hac vice* pending)
Christina N. Hernsdorf (*pro hac vice* pending)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0400
Fax: (212) 812-0399
KMcNamee@FoleyHoag.com
CHernsdorf@FoleyHoag.com

*Attorneys for Penguin Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS,** *et al.*,<br>Plaintiffs,<br>v.<br>**RAÚL LABRADOR,** in his official capacity as the Attorney General of the State of Idaho, *et al.*,<br>Defendants. | Lead Case No. 1:24-cv-00335-AKB<br>(Consolidated Action) |
| **PENGUIN RANDOM HOUSE LLC**, *et al.,*<br>Plaintiffs,<br>v.<br>**RAÚL LABRADOR**, in his official capacity as the Attorney General of the State of Idaho, *et al.*,<br>Defendants. | **DECLARATION OF MALINDA LO**<br><br>Case No. 1:25-cv-00061-AKB<br>(Member Case) |

I, Malinda Lo, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.    I live in Cambridge, Massachusetts and I am an author of young adult ("YA") novels, short stories, and nonfiction.

2.    I have won multiple awards for my novels *Ash*, *Huntress*, *Adaptation*, *Inheritance*, *A Line in the Dark*, *Last Night at the Telegraph Club*, and *A Scatter of Light*.  My first novel *Ash* was a finalist for the William C. Morris Award, the Andrew Norton Award for YA Fantasy and Science Fiction, the Mythopoeic Fantasy Award, and the Lambda Literary Award.  My second novel *Huntress*, set in the same universe as *Ash*, was a finalist for the Lambda Literary Award, was judged a "Best Book for Young Adults" by the American Library Association ("ALA"), and was long-listed for the James Tiptree, Jr. Award.  *A Line in the Dark* was named "Best Book of the Year" by *Kirkus* magazine, *Vulture* magazine, and the Chicago Public Library.  *A Scatter of Light* was the winner of the Massachusetts Book Award, was an ALA Best Book for Young Adults, and was a Bank Street College Best Children's Book of the Year.

3.    *Last Night at the Telegraph Club* was awarded the National Book Award in Young People's Literature by the National Book Foundation, a Michael L. Printz Honor, the Stonewall Book Award for Young Adult Literature, the Asian/Pacific American Award for Literature, the "Teen Book of the Year" by Kids' Book Choice Awards, the California Library Association's Beatty Award, and the Chinese American Librarians Association's Best Book Award – YA Fiction, among others.  It was a finalist for *LA Times* Book Prize in Young Adult Literature, the Cybils Award in Young Adult Fiction, and the SCBWI Golden Kite Award in Young Adult Fiction.  It was nominated for Vermont's Green Mountain Book Award, the Illinois Lincoln Award, Arizona's Grand Canyon Reader Award, Maine's North Star YA Award, North Dakota's

Flicker Tale Award, Pennsylvania's Young Readers Choice Award, and New Hampshire's Flume Award.  It was named an *NPR* "Best Book of 2021," a *Boston Globe* "Best Book of 2021," a *San Francisco Chronicle* "Best YA Book of 2021," a *Publishers Weekly* "Best Book of 2021," a *Kirkus* "Best Young Adult Book of 2021," a *Bookpage* "Best Young Adult Book of 2021," a *School Library Journal* "Best Young Adult Book of 2021," a *Booklist* "2021 Editors' Choice," a 2022 Bank Street College "Best Children's Book of the Year," a *Book Riot* "Best Book of 2021," a Chicago Public Library "Best Teen Fiction of 2021," a Boston Public Library "Best YA Book of 2021," and a  New York Public Library "Best Teen Book of 2021."  It was named a 2021 *Horn Book* Fanfare Selection and a BCCB Blue Ribbon selection.  In addition, I was awarded the Alice B. Award in 2021 for literary distinction in writing lesbian fiction.

4.      I have storied experience in my extensive career as an academic, journalist, and writer.  I have a Bachelor's degree in Economics and Chinese Studies from Wellesley College, a Master's degree in Regional Studies East Asia from Harvard University, and a Master's degree in Cultural and Social Anthropology from Stanford University.

5.      I write stories that normalize and contextualize the experience of being a queer woman.

6.      I wrote *Last Night at the Telegraph Club*, a coming-of-age novel set in San Francisco during the McCarthy era, about a seventeen-year-old Chinese American girl named Lily Hu, who discovers her identity as a lesbian.

7.      I drew from my own experiences in lesbian community spaces and on research into the history of queer San Francisco and San Francisco's Chinese American community.  This included visiting the archives of the San Francisco Public Library, the archives of the GLBT

2

Historical Society, interviews with queer women who lived in San Francisco in the 1950s and 60s, and extensive library research.

8. My purpose in writing *Last Night at the Telegraph Club* and other books is to write stories that I would want to read. When I was a teenager, I could not find novels about queer girls or Asian American girls that spoke to my experiences.

9. Many of my readers are queer teen girls like I once was. I want them, as well as all of my readers, to understand that being queer is normal and acceptable.

10. I have heard from countless readers across the country that my books have made them feel seen, valued, and comforted.

11. Readers of *Last Night at the Telegraph Club* have told me that the novel increased their awareness of LGBTQ+ history and fostered their empathy for LGBTQ+ people. HB 710's sweeping book removal provision is disrupting these experiences.

12. Young people go through many experiences, and while each person's life is different, they all experience ups and downs in their friendships, families, and romantic relationships.

13. *Last Night at the Telegraph Club* is a story of how two young adults find love against all societal odds. Reducing their love story to a disparaging label by isolating it to a single scene outside the context of the whole book is dishonest.

14. We all deserve to love and be loved. Reading a book about someone different from you can show how similar we are and how we all share in the human condition.

15. Many of my readers are young adults who lack the resources or ability to access my books outside of public and school libraries.

3

16.    Removing my books from public and school libraries makes it functionally impossible for me to reach my intended audience and contracts the market for my Young Adult literary works.

17.    To my knowledge, at least one Idaho school district has placed *Last Night at the Telegraph Club* in a separate library collection housed at school district headquarters for books deemed "harmful to minors."  The book has also been the subject of at least three censorship attempts in Idaho according to the American Library Association.

18.    HB 710 thus prevents me from communicating my viewpoint with young adults who attend schools or go to libraries in Idaho that have removed my books.  HB 710 therefore violates my First Amendment rights.


I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief.


Dated:  May 10, 2026                                              /s/ Malinda Lo
                Cambridge, MA                                        Malinda Lo