Deborah A. Ferguson, Bar No. 5333
Craig Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL
FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

Kelly L. McNamee (*pro hac vice* pending)
Christina N. Hernsdorf (*pro hac vice* pending)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0400
Fax: (212) 812-0399
KMcNamee@FoleyHoag.com
CHernsdorf@FoleyHoag.com

*Attorneys for Penguin Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS,** *et al.*,<br>Plaintiffs,<br>v.<br>**RAÚL LABRADOR,** in his official capacity as the Attorney General of the State of Idaho, *et al.*,<br>Defendants. | Lead Case No. 1:24-cv-00335-AKB (Consolidated Action) |
| **PENGUIN RANDOM HOUSE LLC**, *et al.,*<br>Plaintiffs,<br>v.<br>**RAÚL LABRADOR**, in his official capacity as the Attorney General of the State of Idaho, *et al.*,<br>Defendants. | **DECLARATION OF DAVID LEVITHAN**<br><br>Case No. 1:25-cv-00061-AKB (Member Case) |

I, David Levithan, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.      I live in Hoboken, New Jersey and I am an author of young adult fiction, fantasy, and supernatural fiction.

2.      I have written 5 series of novels.  My book *Every Day*, part of the *Every Day* series, was a finalist for the Andre Norton Award for Young Adult Science Fiction and Fantasy and the Lambda Literary Award for Children/Young Adult Literature.  It won an Indies Choice Book Awards Honor.  It was listed in the Young Adult Library Services Association's (YALSA) Best Fiction for Young Adults Top 10 and Teens' Top 10.  It was named a Junior Library Guild Young Adult selection, and a *School Library Journal* Best Books of the Year selection.  It has been recognized and awarded by the education departments of 34 states.  *Someday*, the second book in the *Every Day* series, was named a High Interest Selection by the Junior Library Guild.  *Will Grayson, Will Grayson*, part of the series of the same name and co-authored with John Green, won the Kids' Book Choice Award, an Indies Choice Book Awards Honor, an Odyssey Award Honor, and a Stonewall Children's and Young Adult Literature Award Honor.  It was named a YALSA Best Fiction for Young Adults selection, a Cooperative Children's Book Center (CCBC) Choices Award selection, a Rainbow List selection, Children's Book Council's Children's Favorites Award and Teacher Favorites Award selection, and a *School Library Journal*'s Best Books of the Year selection.  It has been recognized and awarded by the education departments of 17 states.   My novel *Dash & Lily's Book of Dares*, part of the *Dash & Lily* series, won an Indies Choice Book Awards Honor.  It was named a YALSA Best Fiction for Young Adults selection and a CCBC Choices Selection.  It has been recognized and awarded by the education departments of 8 states.

2

*The Twelve Days of Dash & Lily*, the second book in the *Dash & Lily* series, was named a selection for the Children's Book Council's Young Adult Favorites Award.

3.    I have written 25 stand-alone novels.  My novel *Boy Meets Boy* won the Lambda Literary Award for Children/Young Adult Literature.  It was named a selection for the CCBC Choices Award and the Children's Book Council's Children's Favorites Award and Teacher Favorites Award.  My novel *The Realm of Possibility* was a Lambda Literary Award for Children/Young Adult Literature Finalist.  My novel *Are We There Yet*? was named a CCBC Choices Award selection.  *Nick and Norah's Infinite Playlist*, co-authored with Rachel Cohn, won a YALSA Quick Picks for Reluctant Young Adult Readers commendation and was named a CCBC Choices Award selection.  *Naomi and Ely's No Kiss List*, co-authored with Rachel Cohn, was named a CCBC Choices Award selection.  My novel *The Lover's Dictionary* won YALSA's Alex Award.  *You Know Me Well*, co-authored with Nina LaCour, was named a YALSA Best Fiction for Young Adults selection.  *Take Me With You When You Go*, co-authored with Jennifer Niven, was named a *School Library Journal* Best Books of the Year selection.  My novel *Answers in the Pages* was a Finalist for the Lamba Literary Award in Children.  My novel *Ryan and Avery* was named a Junior Library Guild selection and a *School Library Journal* Best Books of the Year selection.

4.    My novel *Two Boys Kissing* won the Lamba Literary award in Children/Young Adult Literature and was placed on the National Book Award Longlist for Young People's Literature.  It was nominated for a Goodreads Choice Award for Young Adult Fiction and won a Stonewall Children's and Young Adult Literature Award Honor.  It was named a YALSA Best Fiction for Young Adults Selection and Junior Library Guilt Selection.  The State Library Victoria

in Melbourne, Australia nominated it for the Silver Inky Award. The New Atlantic Independent Booksellers Association named it a 2014 Young Adult Book of the Year.

5.    I also write short stories. I contributed to *The Collectors*, a collection of short stories, which won the Michael L. Printz Award for Excellence in Young Adult Literature. It was named a selection for the Children's Book Council's Children's Favorites Award and Teacher Favorites Award. *How They Met, and Other Stories*, a collection of my short stories, was a finalist for the Lambda Literary Award for Children/Young Adult Literature, and was named a CCBC Choices selection. I contributed to *My True Love Gave to Me: Twelve Holiday Stories*, a collection of short stories, which was named a CCBC Choices selection and a Junior Library Guild selection.

6.    I have been the recipient of two lifetime achievement awards. The National Council of Teachers of English awarded me the ALAN Award, which honors those who have made outstanding contributions to the field of adolescent literature, in 2014. The American Library Association awarded me the Margaret A. Edwards Award, which recognizes an author and their body of work for significant and lasting contribution to young adult literature, in 2016.

7.    I write stories that normalize the experience of being a member of the LGBTQ+ community. I wrote *Two Boys Kissing*, a romance novel which examines the hardships and relationships of gay young adults as narrated by a chorus of unnamed gay men who died in the AIDS epidemic. It follows the lives of eight gay boys. Harry and Craig are ex-boyfriends who set out to break the world record for longest kiss to protest a hate crime enacted upon their friend Tariq. Tariq is a young, Black boy who was viciously beaten up for being gay. Peter and Neil are partners experiencing a hump in their long relationship. Avery, a trans boy, and Ryan have just met at an LGBTQ+ prom and hit it off. Cooper, a closeted gay boy was kicked out of his house after his parents found out he was gay. Using Harry and Craig as a focal point in the lives of the

other boys, I expand upon the complex feelings around coming out, navigating gender identity, difficulties of long-term relationships, and the precarity of exploring one's sexuality through online dating sites.

8.  Unfortunately, I am no stranger to being censored.  *Two Boys Kissing* was written to provide young people with the tools to understand themselves and the world around them in all its complexity and with as much empathy as possible.

9.  Notwithstanding its significant value to young readers, *Two Boys Kissing* was the 18th most banned book in the United States between 2010-2019.  It was the 10th most challenged book in 2015 for "homosexuality" and "condoning public displays of affection."  It was the 5th most challenged book in 2016 for having a cover with an image of two boys kissing and including "sexually explicit LGBT content."  It was the 11th most challenged book in 2018 for "including LGBTQIA+ content."

10.  As a queer writer, I write stories that were not on bookshelves when I started writing.  I draw from my personal experiences to write about themes and topics that help young adults in a transitional period of their lives.  My main objective is to create a universe of characters that young adults, especially LGBTQ+ young adults, can see themselves in.

11.  Reading stories where individuals from different backgrounds are humanized helps young adults become empathetic members striving to make society more harmonious.  Young adults face a range of challenges in their lives, and censoring stories that deal with important topics of our time leaves them unprepared to approach the world with critical thinking skills.

12.  Students are my most important readers, and public and school libraries are an important way for them to access my books.  Many lack the resources or ability to access my books outside of the school library.

13.   HB 710 subjectively labels my works as "inappropriate" for students, stigmatizing me and my work as well as those who read my work or seek to read my work.

14.   This insulting mischaracterization ostracizes those who want to read my works and those who want to associate with the important themes of my work, effectively chilling readers' First Amendment right to read and my First Amendment right to communicate my viewpoint.

15.   Crucially, HB 710's censorship scheme also constrains my market.  Young people are my primary reading audience; without their readership, the messages of my work cannot be heard.

16.   By taking my books off shelves, Idaho public schools and libraries deprive me of my voice and young readers of access to work that would otherwise open their minds and worlds.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief.


Dated:  May 10, 2026                                    /s/ David Levithan
        Hoboken, New Jersey                                 David Levithan