Deborah A. Ferguson, Bar No. 5333
Craig Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL
FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

Kelly L. McNamee (*pro hac vice* pending)
Christina N. Hernsdorf (*pro hac vice* pending)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0400
Fax: (212) 812-0399
KMcNamee@FoleyHoag.com
CHernsdorf@FoleyHoag.com

*Attorneys for Penguin Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS,** *et al.*, <br> Plaintiffs, <br> v. <br> **RAÚL LABRADOR,** in his official capacity as the Attorney General of the State of Idaho, *et al.*, <br> Defendants. | Lead Case No. 1:24-cv-00335-AKB (Consolidated Action) <br><br> **DECLARATION OF OLIVIA LANZARA** |
| **PENGUIN RANDOM HOUSE LLC**, *et al.,* <br> Plaintiffs, <br> v. <br> **RAÚL LABRADOR**, in his official capacity as the Attorney General of the State of Idaho, *et al.*, <br> Defendants. | Case No. 1:25-cv-00061-AKB (Member Case) |

I, Olivia Lanzara, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a college student.

2. When HB 710 first went into effect and when this action was commenced, I was an 18-year-old rising senior at Rocky Mountain High School ("Rocky Mountain").

3. During my senior year, Rocky Mountain's library was forced to take a variety of books off the shelves, despite their value to me and my peers.

4. My school district, West Ada School District, has taken an expansive view of the law. When I was a student, the district identified more than sixty titles to be removed from its libraries to comply with HB 710, including titles like *I Know Why the Caged Bird Sings* by Maya Angelou.

5. I have read many of the books that were removed from the Rocky Mountain library or are on lists of books that must be removed from libraries in various Idaho school districts, including *Speak* by Laurie Halse Anderson and *The Handmaid's Tale* by Margaret Atwood.

6. Last year, I intended to check out books that were removed from my school library due to HB 710, including *I'll Give You the Sun* by Jandy Nelson, *I Know Why the Caged Bird Sings* by Maya Angelou, and *Traffick* by Ellen Hopkins.

7. Books have changed my life for the better. They have expanded my horizons beyond my day-to-day experiences by introducing me to new narratives, perspectives, and ideas. My parents have given me space to exercise my agency in deciding what books are right for me, allowing me to ask them for guidance if I need it. Books initiate challenging conversations in safe environments — they empower me with tools to navigate unsafe or difficult situations, especially when I do not have prior experience in dealing with those issues. Both fiction and non-fiction

books inform my understanding of the world.  Book removals deprived me of the lessons necessary to thrive as an adult in our society.

8.      The school library was an indispensable educational resource for me.  It was the primary source of books that I relied on.  As an avid reader, I regularly used my school library to supplement my academic development by checking out books outside required curricula to hone my critical thinking skills and fuel my intellectual curiosity.

9.      By forcing my District to remove books from my school library, HB 710 impeded my personal and academic development.  HB 710 obstructed my access to the marketplace of ideas as well as information about science, history, and politics, which was vital to my maturation into adulthood.

10.      The law is hypocritical in its motive, as the same government actors that allowed me to voluntarily take Advanced Placement college-level courses in my high school infantilized me by not allowing me to voluntarily read age-appropriate books normally available in my high school's school library.  By restricting the scope of my knowledge-seeking, the Idaho legislature left me lagging behind my peers across the country who have access to books that contain facts and histories that are critical to our participation in robust, democratic society.

11.      This became a growing concern as I neared graduation and prepared to enter college.

12.      As a high school student, I was unaware of how I might be able to get around the limitations of HB 710 to check out books that I was otherwise legally permitted to access, given that I was not a minor during much of my senior year.  Even if I could have figured it out, I feared stigmatization for trying to check out books considered "obscene" or "inappropriate."

3

13.     I remain outraged that untrained government actors have sidelined educators that my family and I trust to exercise their professional judgment in curating library collections for high school students.  They have manipulated terms like "obscene" to remove canonical literary texts that have immense holistic value for young people like me.  Untrained lawmakers have also employed vague and sweeping definitions to remove books that are completely appropriate for the average 17-year-old, treating their ability to critically think and parse information like that of a young child.

14.     Leveraging vague definitions to remove books like *I Know Why the Caged Bird Sings* from circulation in school libraries does not protect anyone.  In fact, it does the opposite — it stigmatizes students who have read or want to read it and disparagingly brands librarians who stock it as "groomers."  To avoid the wrath of censors and their supporters, educators pull swaths of books from shelves, chilling speech.

15.     I feel lucky because my parents share my values regarding the importance of school libraries in providing access to books that express a spectrum of viewpoints and ideas.  Even so, because of HB 710 my peers and I lacked access to some of the most important works of literature we could read during that formative time in our lives.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief.


Dated:  May 10, 2026                                           /s/ Olivia Lanzara
            Meridian, Idaho                                       Olivia Lanzara

4