Deborah A. Ferguson, Bar No. 5333
Craig Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL
FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

Kelly L. McNamee (*pro hac vice* pending)
Christina N. Hernsdorf (*pro hac vice* pending)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0400
Fax: (212) 812-0399
KMcNamee@FoleyHoag.com
CHernsdorf@FoleyHoag.com

*Attorneys for Penguin Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS,** *et al.*, <br> Plaintiffs, <br> v. <br> **RAÚL LABRADOR,** in his official capacity as the Attorney General of the State of Idaho, *et al.*, <br> Defendants. | Lead Case No. 1:24-cv-00335-AKB (Consolidated Action) |
| **PENGUIN RANDOM HOUSE LLC**, *et al.,* <br> Plaintiffs, <br> v. <br> **RAÚL LABRADOR**, in his official capacity as the Attorney General of the State of Idaho, *et al.*, <br> Defendants. | **DECLARATION OF J.E.** <br><br> Case No. 1:25-cv-00061-AKB (Member Case) |

I, J.E., hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am an 18-year-old senior at Lewiston High School.

2. House Bill 710 ("HB 710") threatens to deprive my school's library of materials that convey a spectrum of viewpoints, perspectives, and ideas.

3. I have read many of the books that are included on lists of books that have been removed from libraries in various Idaho school districts.

4. Books have played a fundamental role in my life in many ways. First, books exemplify lessons through relatable characters – they provide knowledge that supplements the modern education system in a personable way. Second, books are a physical medium of enjoyment that fuel my curiosity without indulging in the addictive dopamine releases that social media and technology trigger. Third, as a former student-journalist, books allow me to parse through different perspectives and information sources to parcel a story together. Lastly, as an author, they serve as a creative outlet to share my opinions, viewpoints, and thoughts in the marketplace of ideas. Books have made every sphere of my life better, fuller, and bigger – book removals in school libraries make our collective worlds worse, less colorful, and smaller.

5. The school library is an important educational and communal resource for me and my peers. I am an avid reader – I have built a community with others who share my passion for literature. In my high school, the library is a social hub and an oasis of knowledge. Students come together to share their thoughts, experiences, and recommendations with one another in a safe and insulated environment where they feel welcome. Students also go to our school library to access copies of textbooks and books that expand our worlds by exercising our critical thinking. I want to be a lifelong learner – books are essential to this lifelong pursuit of knowledge.

6.      Relocation or removal of books in my school library pursuant to HB 710 will stunt my personal, intellectual, and academic development.

7.      When I was a junior, I took dual-credit courses where I completed high school work but received credit through Lewis-Clark State College.  There, I consumed college-grade materials considered age-appropriate for me.

8.      HB 710 infantilizes me.  The same school district that allows me to voluntarily engage with materials that are eligible both for high school and college credit hypocritically has the authority to limit my voluntary access to books that are appropriate for me in my own school library.

9.      I live in a small city in Northern Idaho.  Removing books from libraries removes building blocks of knowledge that will help me build a foundation for my future studies and profession.  Removing or relocating books also leaves me at a deficit to my future peers.  Full access to my school library's collection ensures that I can tap into a broad range of histories, facts, and perspectives that are necessary for my growth as a young adult who will one day participate in society as a professional, leader, and human being.  By not being part of the conversations of today, I will miss out on the conversations of tomorrow.

10.     This concern has grown since HB 710 went into effect.  I am about to begin college where I will become part of a much broader community of peers.  I want to be as prepared as possible for the new challenges, discussions, and experiences that transition will bring.

11.     I believe that free speech and access to a marketplace of ideas is essential to the establishment and sustenance of a vibrant democracy.  The First Amendment is first for a reason – if we open the door to our most important protection, who will have the voice to stand up when our other constitutional rights are attacked?

12.     My belief in the First Amendment in schools is in part why I plan to study secondary education and history in college.  My future ability to teach students hinges on our society's agreement that censorship is an impediment to learning and growth.

13.     I am disgusted that politicians have weaponized "care for children" to sweepingly categorize swaths of books as "obscene" to remove hundreds of books from shelves.  Leveraging vague and generalized definitions to ensnare books like *The Kite Runner* by Khaled Hosseini from circulation in libraries with patrons for whom it is age-appropriate does not protect anyone.  In fact, it does the opposite – librarians who stock *The Kite Runner* are disparagingly branded "groomers" and students who read *The Kite Runner* are reductively othered and stigmatized for perusing a contemporary classic.  Government officials' stigmatization of educators leads to chilled speech – to avoid the personal torment of unfounded attacks and arbitrary punitive measures, librarians remove numerous books by interpreting the vague law as generally as possible.  This leaves students like me resourceless and dims our democracy.

14.     I am fortunate that my family shares my values concerning the First Amendment and the importance of school libraries in providing access to the marketplace of ideas.  I am aware that some of my peers are not as lucky as I am, and I hope that this legal action vindicates their rights in addition to my rights.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief.

Dated: __May 10, 2025_____                                            _____/s/ J.E._____
              Lewiston, Idaho                                                                J.E.

4