Deborah A. Ferguson, Bar No. 5333
Craig Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL
FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

Kelly L. McNamee (*pro hac vice* pending)
Christina N. Hernsdorf (*pro hac vice* pending)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0400
Fax: (212) 812-0399
KMcNamee@FoleyHoag.com
CHernsdorf@FoleyHoag.com

*Attorneys for Penguin Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS,** *et al.*,<br>Plaintiffs,<br>v.<br>**RAÚL LABRADOR,** in his official capacity as the Attorney General of the State of Idaho, *et al.*,<br>Defendants. | Lead Case No. 1:24-cv-00335-AKB<br>(Consolidated Action) |
| **PENGUIN RANDOM HOUSE LLC**, *et al.,*<br>Plaintiffs,<br>v.<br>**RAÚL LABRADOR**, in his official capacity as the Attorney General of the State of Idaho, *et al.*,<br>Defendants. | **DECLARATION OF MELISA CULL**<br><br>Case No. 1:25-cv-00061-AKB<br>(Member Case) |

I, Melisa Cull, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. My family and I reside in Eagle, Idaho. I am a realtor and a mother of three. My oldest daughter is 18, my middle daughter is 16, and my son is 10.

2. We moved to Eagle nine years ago and my children have grown up here. We have always been active and engaged members of the Eagle community.

3. My children and I are all avid readers. I run the "Boise Book Nerds" Facebook group, and reading is my primary hobby.

4. Because books are so important to our family, we have been patrons of the Eagle Public Library since we moved to Eagle in 2017. Since then, we have gone to the library at least once a month as a family.

5. When my son was in preschool, I would take him to the library about three times a week to participate in the library's robust children's programming.

6. As my daughters have grown up, they have formed their own relationships with reading and the Eagle Public Library, taking advantage of teen workshops and joining the library's summer reading competitions.

7. I am very familiar with the Eagle Public Library and the negative impact that HB 710 has had on its operations, and on the Eagle community at large. On July 24, 2024, an anonymous individual submitted 23 written notices to the Eagle Public Library Board (the "Board"), requesting that each of books noticed be relocated or removed from circulation because they purportedly violated HB 710.

8. Pursuant to the requests, the Board removed three of those books from the library shelves and placed them behind the circulation desk.

9.      The three books behind the circulation desk cannot be checked out by minors without written parental or guardian consent.  I recently checked out one of these books, *What Girls Are Made Of* by Elana K. Arnold, which chronicles an emotionally abusive relationship and does not shy away from challenging topics teens confront in real life.  Though the book's topics are challenging, I believe it is an important and impactful story for young people — especially teen girls, like my daughters.  Silencing these stories will not make the problems they discuss disappear.  To the contrary, without a broad range of reading material, Eagle's youth will lose out on building lifelong skills in empathy and understanding and will be less prepared to face life's harder struggles.

10.     The other twenty books complained of by the anonymous individual were written specifically for children and young adults or are favorites among those age groups.  Due to the removal requests, these books are now in the library's adults-only area and cannot be found in the sections dedicated to children and young adults.  This has made access to those materials not only difficult but stigmatizing for those minors who dare to venture into adults-only section of the library to seek out reading materials.

11.     As long as HB 710 remains the law, the Eagle Public Library will continue to serve dual roles in our community as a steward of knowledge and a government censor.  Under this scheme, I have significant concern for my children, their peers, and fellow parents in Eagle.  I want my children to have free and open access to constitutionally protected materials, and after speaking with people in our community, I know other Eagle parents do too.

12.     This is especially important in Eagle because we are a small and more conservative community; our children should be able to explore worlds and ideas beyond our town.

2

3

13.    The three titles that have been removed from the library's shelves are award-winning books and their discussion of challenging themes should not put them out of reach of our children.  The remaining books, relegated to the adults-only area of the library, separate and apart from the young adult and children's sections, are far from inappropriate or "harmful" to all minors.  Instead, these books are a crucial tool in educating our children and helping them become well-informed adults.  The removal and displacement of Eagle Public Library books leaves us all worse off.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief.


Dated:  May 10, 2026                                    /s/ Melisa Cull
            Eagle, Idaho                                        Melisa Cull

3